**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

Savantage Financial Services, Inc.,              )
                                                 )
                    *Plaintiff*,                 )
                                                 )
          v.                                     )   **Case No. 1:19-cv-01805-RAH**
                                                 )
United States of America,                        )   **(Judge Richard A. Hertling)**
                                                 )
                    *Defendants*.                )

**MOTION FOR PROTECTIVE ORDER**

On September 10, 2020, the Department of Justice ("DOJ") filed a Notice with the Court

proposing to receive and review Savantage Financial Services, Inc.'s ("Savantage") proposal

filed in response to the procurement for Enterprise Financial Management Software ("EFiMS").

Also on September 10, 2020, Savantage filed a Notice objecting to DOJ's proposed action and a

Motion requesting the Court hold a hearing to hear the arguments against the proposed action.

The Court granted the Motion for a hearing.

On November 26, 2019, the Court issued a standard Protective Order in this matter

consistent with U.S. Court of Federal Claims Form 8, *Protective Order in Procurement Protest*

*Cases*.  Pursuant to Rule 5.2(e) of the Rules of the United States Court of Federal Claims,

Savantage hereby respectfully requests that the Court issue a Protective Order in this matter to

address information related to DOJ's Notice that is not otherwise addressed in the Court's

standard Protective Order.

Savantage believes that the issuance of a Protective Order is necessary to safeguard the

confidentiality of competition-sensitive or otherwise protectable information likely to be

disclosed orally or in writing during the course of this litigation.  Savantage is likely to suffer

serious competitive harm if such information is not adequately safeguarded.

Dated: September 11, 2020     Respectfully submitted,

             McDERMOTT WILL & EMERY LLP


             s/ Stephen M. Ryan
             Stephen M. Ryan
             Llewelyn M. Engel
             MCDERMOTT WILL & EMERY LLP
             500 North Capitol Street, N.W.
             Washington, DC 20001
             +1 202 756 8333

             *Counsel of Record for Plaintiff*
             *Savantage Financial Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the forgoing was served through electronic file delivery on

September 11, 2020.

<u>/s/Stephen M. Ryan</u>
Stephen M. Ryan
*Counsel for Savantage Financial Services, Inc.*
